# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD YOUNAS, | Case No.: 2:24-cv-00111-DJC-KJN |
| Plaintiff(s), | |
| v. | **CONSENT ORDER** |
| UR JADDOU, ET AL., | |
| Defendant(s). | |

Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate." See 28 U.S.C. § 636(a)(5) and (c). Both the District Judge and the Magistrate Judge assigned to the case must approve the reference to the Magistrate Judge. See E.D. Cal. L.R. 305.

The undersigned, having reviewed the file herein, recommends that the above-captioned case be reassigned and referred to the Magistrate Judge for all further proceedings and entry of final judgment.

IT IS HEREBY ORDERED that any hearing dates currently set before the undersigned District Judge are VACATED.

///

1     IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the Honorable Magistrate Judge Kendall J. Newman for all further proceedings including, but not limited to, motions to dismiss, motions for summary judgment, a jury or non-jury trial, and entry of a final judgment.

    The parties shall take note that all documents hereafter filed with the Clerk of the Court shall bear case number: 2:24-cv-00111 KJN.

DATED: January 23, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

    Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated: January 23, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

youn.111